UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 7:10-CV-00016-FL

| | |
|---|---|
| CHRISTINE J. TOLAND, Executrix of the Estate of MICHAEL W. TOLAND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Defendants, | ) ) ) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Third-Party Plaintiff in Interpleader, | ) ) |
| v. | ) ) |
| CHRISTINE J. TOLAND, individually and as Executrix of the Estate of MICHAEL W. TOLAND, and MARIA D. BACH f/k/a Maria D. Toland, | ) ) ) ) |
| Third-Party Defendants in Interpleader. | ) ) |

## ORDER

This matter came before the Court on the parties' Joint Motion for Final Distribution Order. The Joint Motion reflects that the parties have resolved all matters between them. Their settlement includes an agreement relative to the distribution of funds held by the Clerk of Court.

The Court, having considered the parties' Joint Motion, has determined that it should be allowed. Therefore, the Court enters the following order. The Clerk of Court is directed to disburse the funds held on deposit as follows. $3,500 shall be paid to The Prudential Insurance Company of America, by check payable to "Cuyler Burk, P.C.," attorneys for Prudential, and the

remaining balance divided equally between Christine J. Toland and Maria D. Bach. The Clerk shall deliver the parties' checks to their respective counsel of record, Stephen A. Dunn for Prudential, William Norton Mason for Christine J. Toland, and Andrew O. Whiteman for Maria D. Bach. The Clerk is directed to close this case.

December 29, 2010
Date

United States District Judge